ALAN J. LAZARUS (SBN #129767)
alan.lazarus@dbr.com
KRISTA L. COSNER (SBN #213338)
krista.cosner@dbr.com
HILLARY WEINER (SBN #203499)
hillary.weiner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
MATRIXX INITIATIVES, INC.; ZICAM, LLC
AND ZICAM SWAB PRODUCTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. NEILSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MATRIXX INITIATIVES, INC., a Delaware corporation; ZICAM, LLC, an Arizona limited liability company; ZICAM SWAB PRODUCTS, LLC, an Arizona limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV 09 5512 JL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

WHEREAS Plaintiff ANDREW R. NEILSON filed the instant action[1] on November 20, 2009 against defendants MATRIXX INITIATIVES, INC., ZICAM LLC, AND ZICAM SWAB PRODUCTS LLC (collectively, "Defendants");

---

[1] The above-entitled action awaits transfer by the Judicial Panel on Multidistrict Litigation to MDL No. 2096, *In re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation* coordinating personal injury and consumer fraud cases involving Zicam® Cold Remedy products before the Honorable Frederick J. Martone in the District of Arizona for all pretrial proceedings.

1  WHEREAS Defendants were served with the Complaint on December 7, 2009;

2  WHEREAS Defendants response to the Complaint is due on January 22, 2010;

3

4  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that
5  the time within which Defendants may move, answer, or otherwise respond to Plaintiff's
6  Complaint is extended thirty (30) days, to February 22, 2010.

7  Pursuant to Civ. L.R. 6-1, stipulations which alter the date of any event or any deadline
8  already fixed by the Court require court approval. The parties hereby stipulate to and request that
9  this Court approve the Proposed Order below, allowing the time for Defendants to move, answer,
10 or otherwise respond to Plaintiff's Complaint to be extended thirty (30) days to February 22,
11 2010.

12

13 IT IS SO STIPULATED:

14

15 Dated: January 20, 2010                    DRINKER BIDDLE & REATH LLP

16

17                                            By: /s/ Hillary S. Weiner

18                                                Hillary Weiner

19                                            Attorneys for Defendants
                                              MATRIXX INITIATIVES, INC.; ZICAM,
20                                            LLC AND ZICAM SWAB PRODUCTS, LLC

21

22 Dated: January 20, 2010                    ANDREW R. NEILSON

23                                            By: /s/ Andrew R. Neilson

24                                                Andrew R. Neilson

25                                            Plaintiff, Pro Se

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO          - 2 -          CASE NO. CV 09 5512 JL
COMPLAINT

1
2   Pursuant to stipulation, IT IS SO ORDERED:
3
4   Dated: January 21, 2010
5   _____
    Judge James Larson
6   United States District Court, Northern District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28